UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. ACTION NO. 3:22-00230-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DEMARQUIZE L WARD (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 35] having been considered, and the parties having waived their right to object thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Court accepts the guilty plea of the Defendant Demarquize L. Ward, and adjudges him guilty of the offense charged in Count One of the Indictment.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court accepts Defendant's agreement to forfeit and abandon any claim, right, title, or interest he may have in the firearm(s) referenced in the Indictment and the ammunition seized in this matter.

MONROE, Louisiana, this 9th day of June 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE